UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KARRAR ALI KAHUDUM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:19-CV-0224-G (BT) |
| JIMMY JOHNSON, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The court has under consideration the findings, conclusions and

recommendation of United States Magistrate Judge Rebecca Rutherford dated

August 16, 2019. No objections were filed. The district court reviewed the proposed

findings, conclusions, and recommendation for plain error. Finding none, the court

**ACCEPTS** the findings, conclusions, and recommendation of the United States

Magistrate Judge.

**SO ORDERED**.

September 9, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**